**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:20−bk−06280−MGW
                                                                                                Chapter 11
M.C. Towing and Recovery, LLC

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On August 19, 2020 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

   Due to the impact of the Coronavirus, at this time the filing windows at the Courthouses are CLOSED. Debtors who are not represented by an attorney shall cure deficiencies by filing the required papers with the Court by email, facsimile ("fax"), U.S. Mail, or other delivery. Debtors are strongly encouraged to file by email as there may be delays in the Court's processing of papers received by fax, U.S. Mail, or other delivery.

Debtors may file papers in Tampa and Ft. Myers cases at the following addresses. If papers are filed by email or fax, Debtor must also mail the papers to the Courthouse.

flmb−intake−tampa−ft−myers@flmb.uscourts.gov
(Fax) 813−301−5192
U.S. Bankruptcy Court
801 North Florida Avenue
Suite 555
Tampa, FL 33602

   A Corporate Ownership Statement was not filed pursuant to Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 or was filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011−4. The Debtor is directed to file a signed Corporate Ownership Statement within 14 days.

   The Case Management Summary has not been filed or was filed without an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011−4. Pursuant to Local Rule 2081−1(b), the chapter 11 Debtor is directed to file a signed Case Management Summary within the earlier of three business days following the petition date or the date the Debtor−in−Possession filed a motion requesting affirmative relief.

   Pursuant to 11 U.S.C. 1116(1), the following documents are required and have not been filed: the most recent balance sheet, statement of operations, cash−flow statement and/or Federal income tax return or a statement made under penalty of perjury that no balance sheet, statement of operations or cash−flow statement has been prepared and no Federal tax return has been filed. The Debtor is directed to file these documents within seven days from the date the petition was filed.

   The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk,

U.S. Bankruptcy Court at the address indicated below.

Dated: August 20, 2020

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.